UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALIYAH RAVEN TRUDO, <br><br> Defendant. | CASE NO. <br><br> JUDGE <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 922(a)(6) <br> 18 U.S.C. § 924(a)(2) <br><br> **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(False Statement During Purchase of Firearm)

1. On or about October 6, 2022, in the Southern District of Ohio, the defendant, **ALIYAH TRUDO**, in connection with the acquisition of a firearm, to wit, a Glock, Model 19, 9mm caliber pistol bearing serial number BPDV211, from Bridgeport Equipment and Tool, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Bridgeport Equipment and Tool, which statement was intended and likely to deceive Bridgeport Equipment and Tool as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, in that **ALIYAH TRUDO** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, to the effect that **ALIYAH TRUDO** was the actual transferee/buyer of the firearm when, in fact, she was purchasing the firearm on behalf of another individual.

**In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).**

## COUNT TWO
(False Statement During Purchase of Firearm)

2. On or about June 24, 2023, in the Southern District of Ohio, the defendant, **ALIYAH TRUDO**, in connection with the acquisition of a firearm, to wit, a Glock, Model 29SF, 10mm caliber pistol bearing serial number AGSC720, from Bridgeport Equipment and Tool, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Bridgeport Equipment and Tool, which statement was intended and likely to deceive Bridgeport Equipment and Tool as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, in that **ALIYAH TRUDO** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, to the effect that **ALIYAH TRUDO** was the actual transferee/buyer of the firearm when, in fact, she was purchasing the firearm on behalf of another individual.

**In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).**

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of any of the offenses alleged in the Indictment, the defendant, **ALIYAH TRUDO**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Glock, Model 19, 9mm caliber pistol bearing serial number BPDV211;
- Glock, Model 29SF, 10mm caliber pistol bearing serial number AGSC720; and
- All associated ammunition.

Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

*s/Foreperson*
**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**